```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  June 17, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
   **CLARENCE PITTMAN,**

                      **Plaintiff,**   :   **21-cv-3476 (ALC)**

             **-against-**   :   **ORDER**

   **BEEN VERIFIED, LLC**

                    **Defendant.**
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      On June 16, 2021, Defendant requested a pre-motion conference in anticipation of a motion to dismiss. (ECF No. 8.) Plaintiff shall respond to Defendant's request by June 21, 2021.

**SO ORDERED.**

**Dated:  June 17, 2021**
       **New York, New York**                      _____
                                                         **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**